No. 10–8774. WARREN v. OWENS ET AL. C. A. 5th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante,* p. 915] denied.

No. 10–9035. MITTS v. UNITED STATES. C. A. 6th Cir.; and
No. 10–9637. STANTON v. STANTON ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 13, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–9616. IN RE LAMBRIX;
No. 10–10206. IN RE WARD;
No. 10–10213. IN RE WILLIAMS; and
No. 10–10247. IN RE BAKER. Petitions for writs of habeas corpus denied.

No. 10–9635. IN RE REMMERT. Petition for writ of mandamus denied.

No. 10–9628. IN RE CLAY; and
No. 10–9629. IN RE CLAY. Motions of petitioner for leave to proceed *in forma pauperis* denied, and petitions for writs of mandamus and/or prohibition dismissed. See this Court's Rule 39.8.

No. 10–577. KAWASHIMA ET UX. v. HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari granted limited to Question 1 presented by the petition.

No. 10–765. YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED v. VERIZON'S BELL ATLANTIC CASH BALANCE PLAN ET AL.; and
No. 10–911. VERIZON'S BELL ATLANTIC CASH BALANCE PLAN ET AL. v. YOUNG, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 7th Cir. Certiorari denied.

No. 10–828. MEAD v. CITY OF COTATI, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.